```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW C. STEGMAN
    Assistant U.S. Attorney
 3  HEATHER M. THOMAS
    Certified Law Clerk, Misdemeanor Unit
 4  501 "I" Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone: (916) 554-2805
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Mag. No. 10-0135 KJM |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER TO CONTINUE |
| v. | ) COURT TRIAL |
| | ) |
| STEPHEN M. BRYSON, | ) DATE: June 21, 2010 |
| | ) TIME: 10:00 a.m. |
| Defendant. | ) JUDGE: Hon. Kimberly J. Mueller |

IT IS HEREBY STIPULATED and agreed to between the United States of America, through Matthew C. Stegman, Assistant United States Attorney, and defendant, STEPHEN M. BRYSON, by and through his counsel, Lauren Cusick, Assistant Federal Defender, that the court trial scheduled for June 21, 2010, be rescheduled to July 19, 2010, at 10:00 a.m.

///
///
///
///
///
///

1

The continuance is requested because Officer Daniel Urteaga, an essential witness for the government, will not be available to testify.

DATED: June 14, 2010.              BENJAMIN B. WAGNER
                                   United States Attorney

                                   By: /s/ Daniel S. McConkie for
                                       MATTHEW C. STEGMAN
                                       Assistant U.S. Attorney

DATED: June 14, 2010.              DANIEL J. BRODERICK
                                   Federal Defender

                                   By:/s/ Lauren Cusick
                                      LAUREN CUSICK
                                      Attorney for Defendant

ORDER

The court trial is continued from June 21, 2010, at 10:00 a.m., to July 19, 2010, at 10:00 a.m.

IT IS SO ORDERED.

DATED: June 23, 2010.
*nunc pro tunc* to June 15, 2010.

_____
U.S. MAGISTRATE JUDGE

2